```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 06069
    HARRIETT F MCCOOL BOBO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3445


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/18/2004 and was confirmed 04/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/26/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERIQUEST MORTGAGE         CURRENT MORTG          .00            .00            .00
AMERIQUEST MORTGAGE         MORTGAGE ARRE      3117.32            .00        3117.32
DAIMLER CHRYSLER FINANCI    SECURED           10550.00        3286.06       10550.00
DAIMLER CHRYSLER FINANCI    UNSECURED          4223.71            .00         422.37
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED            .00            .00
ASPIRE                      UNSECURED           983.57            .00          98.36
ASPIRE                      NOTICE ONLY      NOT FILED            .00            .00
SHERMAN ACQUISITION LLC     UNSECURED           237.89            .00          23.79
SHERMAN ACQUISITION         UNSECURED          1466.26            .00         146.63
CAPITAL ONE BANK            UNSECURED           946.51            .00          94.65
CAPITAL ONE BANK            NOTICE ONLY      NOT FILED            .00            .00
CERTEGY                     UNSECURED        NOT FILED            .00            .00
CHARTER ONE BANK            UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF     UNSECURED        NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI    UNSECURED          1544.19            .00         154.42
FREEDOM CARD                UNSECURED        NOT FILED            .00            .00
HOUSEHOLD BANK              UNSECURED        NOT FILED            .00            .00
J C PENNEY                  UNSECURED        NOT FILED            .00            .00
JOHN LEE JACKSON            UNSECURED        NOT FILED            .00            .00
NATIONAL ENTERPRISE SYST    UNSECURED        NOT FILED            .00            .00
PROVIDENT LIFE & ACCIDEN    UNSECURED        NOT FILED            .00            .00
SALVATORE SPINELLI ESQ      UNSECURED        NOT FILED            .00            .00
CARD SERVICE CENTER         UNSECURED          1283.34            .00         128.33
SEARS ROEBUCK & CO          UNSECURED        NOT FILED            .00            .00
SPRINT PCS                  UNSECURED        NOT FILED            .00            .00
ATTENTION LLC SRS           NOTICE ONLY      NOT FILED            .00            .00
ST BERNARDS HOSPITAL        UNSECURED        NOT FILED            .00            .00
RIEZMAN & BLITZ             NOTICE ONLY      NOT FILED            .00            .00
BUCHALTER NEMER             NOTICE ONLY      NOT FILED            .00            .00
AMERIQUEST MORTGAGE CORP    NOTICE ONLY      NOT FILED            .00            .00
GREENBERG & ASSOC           DEBTOR ATTY        2,500.00                      2,500.00
TOM VAUGHN                  TRUSTEE                                          1,175.07

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 06069 HARRIETT F MCCOOL BOBO
```

```
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  21,697.00

PRIORITY                                              .00
SECURED                                         13,667.32
    INTEREST                                     3,286.06
UNSECURED                                        1,068.55
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                             1,175.07
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   21,697.00              21,697.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/28/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE